

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
|---|---|---|
| SOUTHWEST CONVENIENCE STORES, LLC, | § | No. 08-15-00099-CV |
| | § | Appeal from |
| Appellant, | § | County Court at Law No. 6 |
| v. | § | of El Paso County, Texas |
| NORMA MORA, | § | (TC # 2013-DCV3446) |
| Appellee. | § | |

## **J U D G M E N T**

This Court has considered this cause on the record and concludes that there was error in the judgment. We therefore reverse the judgment of the court below and render judgment dismissing the suit for lack of jurisdiction. We further order that the Appellant recover from Appellee all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF AUGUST, 2018.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Larsen, J. (Senior Judge)
Larsen, J. (Senor Judge) sitting by assignment